

FILED

OCT 07 2021

Deputy Clerk, U.S. District Court
Middle District of Louisiana
Baton Rouge, La.

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

## INDICTMENT FOR CONSPIRACY, INDUCING FALSE STATEMENTS TO A FIREARMS DEALER, RECEIPT OF A FIREARM BY A PROHIBITED PERSON, AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21- 69-JWD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 371 |
| | : | 18 U.S.C. § 922(a)(6) |
| JAYLON JAMARE SMULLEN | : | 18 U.S.C. § 922(n) |
| | : | 18 U.S.C. § 924(d) |
| | : | 28 U.S.C. § 2461(c) |

## THE GRAND JURY CHARGES:

### GENERAL ALLEGATIONS

**At all times relevant to this Indictment:**

### Federal Firearms Laws and Regulations

1.      The Gun Control Act of 1968 ("GCA") and its progeny, codified at Title 18, United States Code, Section 921, <u>et seq.</u>, established regulations regarding the sale and purchase of firearms in the United States, including prohibitions on the sale of firearms to certain individuals, requirements that all firearms dealers obtain a federal firearms license, and a mandate that all firearms sold or imported in the United States contain unique serial numbers, among others.

2.      Under the GCA, federally licensed firearms dealers ("FFLs") are required to submit individuals seeking to purchase firearms for a background check. FFLs also must record and maintain the serial number of each firearm and the identity of the buyer in transaction records. These regulations were designed to prevent prohibited individuals from unlawfully acquiring

firearms and to assist law enforcement in tracing firearms recovered from crime scenes to their first retail purchaser.

3.      The Department of Justice's Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") is the federal agency charged with enforcing federal firearms laws.

4.      In order to implement the GCA's requirements, the ATF developed Form 4473 for firearms sales. Form 4473 is a standardized form that is used to document a firearm's transfer, to determine if the individual is prohibited from receiving a firearm, and to verify that the individual is not illegally purchasing the firearm on behalf of someone else (known as a "straw purchaser").

5.      Firearms purchased from out of state or online cannot be shipped directly to the purchaser's home. Rather, firearms ordered online or from another state must be shipped to an FFL located in the purchaser's home state. Once received the by local FFL, the customer must complete Form 4473 in person in order for the firearm to be transferred to the purchaser.

**Relevant Individuals and Entities**

6.      **JAYLON JAMARE SMULLEN ("SMULLEN")**, defendant herein, was a resident of Baton Rouge, Louisiana. From on or about December 8, 2020, and continuing through at least the date of this Indictment, **SMULLEN** was under a separate felony indictment and was prohibited from receiving firearms transported or shipped in interstate commerce.

7.      Co-conspirator A was a resident of Baton Rouge, Louisiana. Beginning in or about at least April 2020 and continuing through in or about August 2021, Co-conspirator A purchased and acquired firearms and falsified Form 4473 firearms transaction records on behalf of **SMULLEN** knowing that the firearms were, in fact, purchased and acquired by and for **SMULLEN** as the true purchaser and owner.

2

8.      BJ Pawn Shop is a federally licensed firearms dealer located in Denham Springs, Louisiana.  BJ Pawn Shop receives shipments of firearms from dealers outside of Louisiana for transfer to Louisiana residents.

9.      Classic Firearms is a federally licensed firearms dealer located in Matthews, North Carolina.  Classic Firearms conducts mail-order and Internet sales of firearms, component parts, ammunition, and accessories.

### COUNT 1
### Conspiracy
### (18 U.S.C. §§ 371 and 922(a)(6))

10.     Paragraphs 1-9 of this Indictment are re-alleged and incorporated herein by reference.

**The Conspiracy and Its Object**

11.     Beginning in or about at least April 2020 and continuing through in or about August 2021, in the Middle District of Louisiana and elsewhere, **JAYLON JAMARE SMULLEN**, defendant herein, did conspire and agree with others, both known and unknown to the Grand Jury, to violate Title 18, United States Code, Section 922(a)(6), in connection with the acquisition of firearms from federally licensed firearms dealers, by knowingly aiding, abetting, counseling, commanding, and inducing false and fictitious written statements to the firearms dealers, such statements intended and likely to deceive the firearms dealers as to a fact material to the lawfulness of the purchase of the firearms.

**Purpose of the Conspiracy**

12.     It was the purpose of the conspiracy for **SMULLEN** and his co-conspirators to illegally obtain firearms by using straw purchasers to complete the firearms transfers.

**Manner and Means**

13.     In order to accomplish the object of the conspiracy, **SMULLEN** and his co-conspirators used, and caused others to use, the following manner and means:

      a.     **SMULLEN** and his co-conspirators placed online orders for firearms, each of which contained a unique serial number pursuant to federal regulations, from FFLs outside of the State of Louisiana for shipment to FFLs located in the Middle District of Louisiana.

      b.     **SMULLEN** placed the orders using the names, addresses, and other personal identifying information ("PII") of co-conspirators and other individuals.

      c.     Once the orders were received by local FFLs, Co-conspirator A completed the firearms transfer paperwork, such as ATF Form 4473, in person, on **SMULLEN**'s behalf, and paid for the transactions using cash or debit cards provided to him/her by **SMULLEN**.

      d.     Co-conspirator A falsified the firearms transfer paperwork, such as ATF Form 4473, by fraudulently representing that he/she was the actual purchaser/transferee of the firearms when, in fact, the firearms were being purchased and acquired by and for **SMULLEN** as the true purchaser and owner.

**Overt Acts**

14.     In furtherance of the conspiracy and to accomplish its object and purpose, **SMULLEN** and his co-conspirators committed and caused to be committed, in the Middle District of Louisiana, the following overt acts, among others:

      a.     On or about April 13, 2021, **SMULLEN** and his co-conspirators ordered a Springfield XD9, 9mm pistol, bearing serial number AT164298, and a Glock 23, .40 caliber pistol, bearing serial number BCSR938, from Classic Firearms, located in North Carolina, for shipment to BJ Pawn Shop, located in the Middle District of Louisiana.

b.      On or about April 23, 2020, in connection with the acquisition and transfer of the Springfield XD9, 9mm pistol, bearing serial number AT164298, and the Glock 23, .40 caliber pistol, bearing serial number BCSR938, Co-conspirator A completed ATF Form 4473 at BJ Pawn Shop in which he/she falsely represented that he/she was the actual buyer/transferee of the firearms when, in fact, the firearms were being purchased and acquired by and for **SMULLEN** as the true purchaser and owner.

The above is a violation of Title 18, United States Code, Sections 371 and 922(a)(6).

### COUNTS 2-3
### Inducing False Statements in the Acquisition of Firearms
### (18 U.S.C. §§ 922(a)(6) and (2))

15.     Paragraphs 1-14 of this Indictment are re-alleged and incorporated herein by reference.

16.     On or about April 23, 2020, in the Middle District of Louisiana, **JAYLON JAMARE SMULLEN**, defendant herein, in connection with the acquisition and attempted acquisition of a firearm from BJ Pawn Shop, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did aid, abet, counsel, command, induce, and procure another individual to knowingly make a false and fictious written statement, such statements intended and likely to deceive the firearms dealer as to a fact material to the lawfulness of the acquisition of the firearm to the defendant under Chapter 44, Title 18, United States Code, in that the defendant induced another individual to execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 representing that he/she was the actual purchaser of the firearm indicated on the Form 4473 and as identified below when, in fact, as the defendant well knew, he was the actual purchaser of the firearms.

5

| Count | Date | Description of Firearm(s) |
|:---:|:---:|:---:|
| 2 | 4/23/20 | Springfield XD9, 9mm pistol, bearing serial number AT164298 |
| 3 | 4/23/20 | Glock 23, .40 caliber pistol, bearing serial number BCSR938 |

Each of the above is a violation of Title 18, United States Code, Sections 922(a)(6) and (2).

## COUNT 4
### Receipt of a Firearm While Under Felony Indictment
### (18 U.S.C. § 922(n))

17.     Paragraphs 1-16 of this Indictment are re-alleged and incorporated herein by reference.

18.     On or about August 25, 2021, in the Middle District of Louisiana, **JAYLON JAMARE SMULLEN**, defendant herein, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, a felony, did willfully receive a firearm, that is, a Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BTZA258, said firearm having been shipped and transported in interstate commerce.

The above is a violation of Title 18, United States Code, Section 922(n).

## NOTICE OF FORFEITURE

19.     The allegations contained in Paragraphs 1-18 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, Unite States Code, Sections 981(a)(1)(C) and 982(a)(1), and Title 28, United States Code, Section 2461(c).

20.     Upon conviction of an offense contained in this Indictment, **JAYLON JAMARE SMULLEN**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States

Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to, one (1) Springfield XD9, 9mm pistol, bearing serial number AT164298; one (1) Glock 23, .40 caliber pistol, bearing serial number BCSR938; and one (1) Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BTZA258.

UNITED STATES OF AMERICA, BY

**A TRUE BILL**

**REDACTED**
**PER PRIVACY ACT**

ELLISON C. TRAVIS
ACTING UNITED STATES ATTORNEY
MIDDLE DISTRICT OF LOUISIANA

GRAND JURY FOREPERSON

KRISTEN LUNDIN CRAIG
ASSISTANT UNITED STATES ATTORNEY

10/7/21

DATE