# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA
FILED    JUN 23 2022

## SUPERSEDING BILL OF INFORMATION FOR ACCESS DEVICE FRAUD, AIDING AND ABETTING A FALSE STATEMENT DURING PURCHASE OF A FIREARM AND NOTICE OF FORFEITURE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 21-69-JWD-RLB |
| | : | |
| *versus* | : | 18 U.S.C. § 1029(a)(2) |
| | : | 18 U.S.C. § 922(a)(6) |
| | : | 18 U.S.C. § 2 |
| | : | 18 U.S.C. § 982(a)(2)(B) |
| JAYLON JAMARE SMULLEN | : | 18 U.S.C. § 1029(c)(1)(C) |

## THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### Access Device Fraud
### 18 U.S.C. § 1029(a)(2)

1.      Beginning on or about at least September 1, 2020, and continuing to on or about at least April 25, 2021, in the Middle District of Louisiana, **JAYLON JAMARE SMULLEN**, the defendant, did knowingly, and with intent to defraud, use unauthorized access devices, namely, credit cards issued in the names of others, including Cardholders 1, 2, 3, 4, 5, 6, 7, 8, and 9, and others, to obtain things of value of at least $1,000, namely firearms, ammunition, and firearm parts and accessories, said conduct affecting interstate and foreign commerce.

The above is a violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT TWO
### Inducing a False Statement in the Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6) and 2)

2.      On or about April 23, 2020, in the Middle District of Louisiana, **JAYLON JAMARE SMULLEN**, defendant herein, in connection with the acquisition and attempted acquisition of a firearm, that is a Springfield XD9, 9mm pistol, bearing serial number AT164298, from BJ Pawn Shop, a licensed firearms dealer within the meaning of Chapter 44, Title 18, United States Code, did aid, abet, counsel, command, induce, and procure another individual to knowingly make a false and fictious written statement, such statements intended and likely to deceive the firearms dealer as to a fact material to the lawfulness of the acquisition of the firearm to the defendant under Chapter 44, Title 18, United States Code, in that the defendant induced another individual to execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 representing that he/she was the actual purchaser of the firearm indicated on the Form 4473 and as identified below when, in fact, as the defendant well knew, he was the actual purchaser of the firearms.

The above is a violation of Title 18, United States Code, Sections 922(a)(6) and (2).

## NOTICE OF FORFEITURE

3.      The allegations contained in Paragraphs 1-2 of this Superseding Bill of Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 982(a)(2)(B), 1029(c)(1)(C), Section 924(d), and Title 28, United States Code, Section 2461(c).

4.      Upon conviction of the violation of Title 18, United States Code, Section 1029(a)(2), in Count 1 of this Superseding Bill of Information, **JAYLON JAMARE SMULLEN**, defendant herein, shall forfeit to the United States, (A) pursuant to Title 18,

2

United States Code, Section 982(a)(2)(B), any property constituting, or derived from, proceeds

obtained, directly or indirectly, as a result of such violation; and (B) pursuant to Title 18,

United States Code, Section 1029(c)(1)(C), any personal property used or intended to be used

to commit the offense.

The property to be forfeited includes, but is not limited to:

    a.   One (1) thirty-one (31) round magazine;

    b.   Thirty-two (32) rounds 9mm ammunition;

    c.   Twelve (12) lower receiver parts kits;

    d.   Two (2) muzzle breaks;

    e.   Three (3) AK-47 magazines;

    f.   Eleven (11) buffer tubes;

    g.   Thirteen (13) AR-15 upper receivers;

    h.   Samsung cellphone, IMEI 352082505772014;

    i.   Samsung cellphone, Galaxy S10 plus, FCCID A3LSG9750US;

    j.   HP laptop computer bearing serial number CND5455GX0;

    k.   Samsung cell phone, IMEI 352082509678159;

    l.   Samsung cell phone, IMEI 352082505191140;

    m.   Apple iPhone S pink, FCCID BCG-E2946A; SIM card #89148-0000-66102-49912;

    n.   Apple iPhone S, black and grey in color with a clear screen protector busted at the top; Sim card # 8901410327-2622984199;

    o.   Samsung Tablet, sn: R9WNA02A53J;

    p.   Dell laptop computer, BQNLW33;

q.  Apple iPhone, light blue backer with black and yellow case with the word "Supreme" on the case; Sim Card # 8901410427-2556073760;

r.  Lenovo Chromebook, model C340-11, sn: PF2PBK9C; and

s.  Apple iPhone, red backer, red protector, with stickers/price tags on which "$4.20" is written.

5.  Upon conviction of the violation of Title 18, United States Code, Sections 922 (a)(6) and (2), in Count 2 of this Superseding Bill of Information, **JAYLON JAMARE SMULLEN**, defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to:

t.  One (1) Springfield XD9, 9mm pistol, bearing serial number AT164298;

u.  One (1) Glock 23 .40 caliber pistol bearing serial number BCSR938;

v.  One (1) Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BTZA258; and

w.  One (1) Glock, M19, 9mm pistol, bearing serial number MUP418.

6.  If any of the property described above, as a result of any act or omission of the defendant:

a.  cannot be located upon the exercise of due diligence;

b.  has been transferred or sold to, or deposited with, a third party;

c.  has been placed beyond the jurisdiction of the court;

d.  has been substantially diminished in value; or

e.  has been commingled with other property which cannot be divided without difficulty,

4

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Sections 982(b)(1) and 1029(c)(2) and Title 28, United States Code, Section 2461(c).

UNITED STATES OF AMERICA, by

Date: 6-23-22

RONALD C. GATHE, JR.
UNITED STATES ATTORNEY

KRISTEN LUNDIN CRAIG
ASSISTANT U.S. ATTORNEY