## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| *versus* : | CRIMINAL NO. 21- 69-JWD-RLB |
| : | |
| JAYLON JAMARE SMULLEN : | |

## **PRELIMINARY ORDER OF FORFEITURE**

**WHEREAS**, on June 23, 2022, a Superseding Bill of Information (R.Doc. 38) was filed against the defendant, Jaylon Jamare Smullen, in the Middle District of Louisiana which provided notice to the defendant that upon conviction, the United States would seek to forfeit all of the items listed in the Notice of Forfeiture section including;

a. One (1) thirty-one (31) round magazine;

b. Thirty-two (32) rounds 9mm ammunition;

c. Twelve (12) lower receiver parts kits;

d. Two (2) muzzle breaks;

e. Three (3) AK-47 magazines;

f. Eleven (11) buffer tubes;

g. Thirteen (13) AR-15 upper receivers;

h. Samsung cellphone, IMEI 352082505772014;

i. Samsung cellphone, Galaxy S10 plus, FCCID A3LSG9750US;

j. HP laptop computer bearing serial number CND5455GX0;

k. Samsung cell phone, IMEI 352082509678159;

l. Samsung cell phone, IMEI 352082505191140;

m. Apple iPhone S pink, FCCID BCG-E2946A; SIM card #89148-0000-66102-49912;

n.  Apple iPhone S, black and grey in color with a clear screen protector busted at the top; Sim card # 8901410327-2622984199;

o.  Samsung Tablet, sn: R9WNA02A53J;

p.  Dell laptop computer, BQNLW33;

q.  Apple iPhone, light blue backer with black and yellow case with the word "Supreme" on the case; Sim Card # 8901410427-2556073760;

r.  Lenovo Chromebook, model C340-11, sn: PF2PBK9C;

s.  Apple iPhone, red backer, red protector, with stickers/price tags on which "$4.20" is written;

t.  One (1) Springfield XD9, 9mm pistol, bearing serial number AT164258;

u.  One (1) Glock 23 .40 caliber pistol bearing serial number BCSR938;

v.  One (1) Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BTZA258; and

w.  One (1) Glock, M19, 9mm pistol, bearing serial number MUP418; and

**WHEREAS,** on July 14, 2022, during the arraignment (R.Doc. 46), the defendant pled guilty to Counts One and Two of the Superseding Indictment and the factual basis was read into the record; and

**WHEREAS,** the plea agreement (R.Doc. 47) was filed into the record in which the defendant admitted that he owns the property identified in the Notice of Forfeiture section and consented to the entry of a personal money judgment against him in the amount that the Court determines represents the proceeds of his offense; and

**WHEREAS**, based upon the defendant's guilty pleas, the plea agreement, and the factual basis read into the record, the defendant was convicted of the violations in Counts One and Two of the Superseding Indictment.

**IT IS HEREBY ORDERED** that the defendant's interest in, or claim to, the following property is forfeited:

a. One (1) thirty-one (31) round magazine;

b. Thirty-two (32) rounds 9mm ammunition;

c. Twelve (12) lower receiver parts kits;

d. Two (2) muzzle breaks;

e. Three (3) AK-47 magazines;

f. Eleven (11) buffer tubes;

g. Thirteen (13) AR-15 upper receivers;

h. Samsung cellphone, IMEI 352082505772014;

i. Samsung cellphone, Galaxy S10 plus, FCCID A3LSG9750US;

j. HP laptop computer bearing serial number CND5455GX0;

k. Samsung cell phone, IMEI 352082509678159;

l. Samsung cell phone, IMEI 352082505191140;

m. Apple iPhone S pink, FCCID BCG-E2946A; SIM card #89148-0000-66102-49912;

n. Apple iPhone S, black and grey in color with a clear screen protector busted at the top; Sim card # 8901410327-2622984199;

o. Samsung Tablet, sn: R9WNA02A53J;

p. Dell laptop computer, BQNLW33;

q. Apple iPhone, light blue backer with black and yellow case with the word "Supreme" on the case; Sim Card # 8901410427-2556073760;

r. Lenovo Chromebook, model C340-11, sn: PF2PBK9C;

s. Apple iPhone, red backer, red protector, with stickers/price tags on which "$4.20" is written;

    t.   One (1) Springfield XD9, 9mm pistol, bearing serial number AT164258;

    u.   One (1) Glock 23 .40 caliber pistol bearing serial number BCSR938;

    v.   One (1) Glock Model 30, .45 caliber semi-automatic pistol, bearing serial number BTZA258; and

    w.   One (1) Glock, M19, 9mm pistol, bearing serial number MUP418.

**IT IS FURTHER ORDERED** that, pursuant to Fed. R. Crim. P. 32.2, the forfeiture of the defendant's interest in these items shall become the Final Order of Forfeiture at the time of the defendant's sentencing and shall be made part of the sentence and included in the Judgment.

**IT IS FURTHER ORDERED** that the United States shall send notice to anyone known to have an interest in these items, pursuant to Fed. R. Crim. P. 32.2(b)(6).

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the Preliminary Order of Forfeiture and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

Signed in Baton Rouge, Louisiana, this __14th__ day of __November__, 2022.

                                                                           _____
                                                                           JOHN W. deGRAVELLES, JUDGE
                                                                           UNITED STATES DISTRICT COURT
                                                                           MIDDLE DISTRICT OF LOUISIANA